UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| v.  § | No. 1:23-CR-00125-RP |
| § | |
| **(1) HARSIMRAN DHALIWAL,** § | |
| *Defendant* § | |

## ORDER

Before the Court is Defendant Harsimran Dhaliwal's Motion to Modify Conditions of Release, Dkt. 24. The District Judge referred the motion to the undersigned for disposition, Dkt. 25, and the Court subsequently set the motion for hearing, Dkt. 26.

For the reasons stated on the record at that hearing, the Court **GRANTS** the motion, Dkt. 24, and **MODIFIES** Defendant's Order Setting Conditions of Release, Dkt. 20, as follows:

The Court removes Condition 6, naming Defendant's sister as third-party custodian. Effective immediately, she is relieved of this responsibility, and Defendant is no longer subject to the condition requiring a third-party custodian.

Based on Defendant's representation that he intends to move to the Houston, Texas area, the Court modifies Condition 7(f) to replace "Lucas County, Ohio" with "Harris County, Texas."

All other conditions remain in effect as originally ordered.

SIGNED December 21, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE