UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| v.  § | No.  1:23-CR-00125-RP |
| § | |
| **(1) HARSIMRAN DHALIWAL,** § | |
| *Defendant* § | |

## ORDER

Before the Court is Defendant Harsimran Dhaliwal's Second Motion [to] Modify Conditions of Release, Dkt. 31. The District Judge referred the motion to the undersigned for disposition, Dkt. 32.

The Court previously modified Dhaliwal's conditions of release to permit him to move to Houston, Texas, and remove the third-party custodian condition the Court had originally imposed. Dkt. 28. That order left in place Dhaliwal's home-detention condition, which restricts Dhaliwal to his home except for an enumerated list of activities and "other activities approved in advance by the pretrial services office or supervising officer." Dkt. 20.

Dhaliwal's present motion is light on detail. It notes that his son will be visiting him in Houston from March 23 to March 31 and asks that "the curfew [presumably, the home-detention condition] be suspended during that time so that he can spend time with his son in Houston." Dkt. 31, at 1. It further notes that both the Assistant U.S. Attorney assigned to his case, as well as the assigned U.S. [Pretrial Services] Officer, oppose the request. *Id.* at 2. The motion does not explain why he cannot visit

his son at his residence. Nor does it state that Dhaliwal has sought permission from the pretrial services office to leave his home for "other activities approved in advance," as his conditions permit. If Dhaliwal wishes to do something with his son outside of his home other than the enumerated, pre-approved activities provided for in Condition 7(p)(ii), then, as the order provides, he can seek approval in advance from the pretrial services office.

For the foregoing reasons, the Court **DENIES** Dhaliwal's Second Motion [to] Modify Conditions of Release, Dkt. 31.

SIGNED March 21, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE