UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § | No. 1:23-CR-00125-RP |
| | § | |
| **(1) HARSIMRAN DHALIWAL,** | § | |
| *Defendant* | § § | |

## ORDER

Before the Court is Defendant Harsimran Dhaliwal's Amended Second Motion [to] Modify Conditions of Release, Dkt. 33. The clarification provided in the amended motion does not materially affect the Court's reasoning or conclusion set out in the Court's order denying the previous motion. *See* Dkt. 34.

The Court, therefore, **DENIES** Dhaliwal's Amended Second Motion [to] Modify Conditions of Release, Dkt. 33.

SIGNED March 22, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE