**FILED**

May 21, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ KT _____
                                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff<br><br>v<br><br>**HARSIMRAN DHALIWAL**<br>Defendant | **SUPERSEDING INDICTMENT**<br><br>**NO. 1:23-CR-125-RP**<br><br>**[Ct. 1: 18 U.S.C. § 922(a)(1)(A) – Engaging in the Business of Dealing Firearms Without a License;**<br>**Ct. 2: 18 U.S.C. § 924(n) – Travel to Acquire a Firearm in Furtherance of Engaging in the Business of Dealing Firearms Without a License;**<br>**Ct. 3: 18 U.S.C. § 922(a)(6) – False Statement During Purchase of a Firearm]** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Engaging in the Business of Dealing Firearms Without a License**
**[18 U.S.C. § 922(a)(1)(A)]**

Beginning on or about January 1, 2022, and continuing through on or about November 11, 2022, within the Western District of Texas, Defendant,

**HARSIMRAN DHALIWAL,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 2, 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO
### Travel to Acquire a Firearm in Furtherance of Engaging in the Business of Dealing Firearms Without a License
### [18 U.S.C. § 924(n)]

Beginning on or about January 1, 2022, and continuing through on or about November 11, 2022, within the Western District of Texas, Defendant,

**HARSIMRAN DHALIWAL,**

with the intent to engage in conduct that constitutes a violation of 18 U.S.C. § 922(a)(1)(A) as described above in Count 1, travelled from a State or foreign country into another State and acquired or attempted to acquire a firearm in the destination State in furtherance of his violation of 18 U.S.C. § 922(a)(1)(A).

In violation of Title 18, United States Code, Section 924(n).

## COUNT THREE
### False Statement During Purchase of a Firearm
### [18 U.S.C. § 922(a)(6)]

Beginning on or about January 7, 2022, and continuing through on or about November 11, 2022, within the Western District of Texas, Defendant,

**HARSIMRAN DHALIWAL,**

in connection with the acquisition of firearms, namely:

- On or about March 8, 2022, two Glock, Model 43X, 9mm handguns;

- On or about March 8, 2022, a Taurus, Model GX4, 9mm handgun;

- On or about March 11, 2022, a Glock, Model 26, 9mm handgun;

- On or about March 11, 2022, a Taurus, Model G3C, 9mm handgun;

- On or about March 11, 2022, a Sig Sauer, Model P250, 9mm handgun;

- On or about March 11, 2022, a Sig Sauer, Model P290, 9mm handgun;

- On or about March 11, 2022, a Glock, Model 27, .40 caliber handgun;

- On or about March 17, 2022, a Sig Sauer, Model P365, 9mm handgun;

- On or about March 17, 2022, a Glock, Model 23, .40 caliber handgun;

- On or about April 11, 2022, two Glock, Model 42, .380 caliber handguns;

- On or about April 12, 2022, a Glock, Model 43X, 9mm handgun;

- On or about April 12, 2022, a Glock, Model 26, 9mm handgun; and,

- On or about April 25, 2022, two Glock, Model 43, 9mm handguns;

from McBride's Gun Store, Falling Skies, Central Texas Gun Works, and Sportsman's Finest, licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, commanded, induced, procured, and caused another, namely STRAW PURCHASERS 1, 2, 3, and 4, whose identities are known to the Grand Jury, to knowingly make false and fictitious written statements to McBride's Gun Store, Falling Skies, Central Texas Gun Works, and Sportsman's Finest, which statements were intended and likely to deceive McBride's Gun Store, Falling Skies, Central Texas Gun Works, and Sportsman's Finest as to a fact material to the lawfulness of such sale of the said firearms to the Defendant through STRAW PURCHASERS 1, 2, 3, and 4, under Chapter 44 of Title 18, in that the Defendant did aid, abet, command, induce, procure, and cause another, namely STRAW PURCHASERS 1, 2, 3, and 4, to execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, at each sale to the effect that the STRAW PURCHASERS each represented he/she was the "actual transferee/buyer of the firearm(s)" and was not "acquiring the firearm(s) on behalf of another person," when in fact, as the Defendant then knew, at the time of purchase the STRAW PURCHASERS intended to transfer and sell the firearms to Defendant.

In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

A TRUE BILL

Origin Signature Redacted
—————————————————
FOREPERSON

JAIME ESPARZA
UNITED STATES ATTORNEY

By: —————————————————
FOR: KEITH M. HENNEKE
ASSISTANT UNITED STATES ATTORNEY