UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| *Plaintiff* § | |
| § | |
| v. § | No.  1:23-CR-00125-RP |
| § | |
| (1) HARSIMRAN DHALIWAL, § | |
| *Defendant* § | |

# ORDER

Before the Court Defendant's Motion to Modify Conditions of Release, Dkt. 46. The District Judge referred the motion to the undersigned for disposition. Dkt. 47. The motion seeks to modify condition 7(p) of Dhaliwal's Order Setting Conditions of Release, replacing the home-detention condition with a curfew condition requiring Dhaliwal to remain at his residence from 11:00 p.m. to 8:00 a.m. Dkt. 46, at 2. The motion indicates that the U.S. Pretrial Services Officer assigned to monitor Dhaliwal in Houston, where he lives, does not oppose the request. *Id.* Dhaliwal's counsel confirmed at the hearing set on the motion that the Pretrial Officer assigned to the case here in Austin likewise does not oppose the request. But the motion indicates that the Government does oppose. *Id.*

After considering Dhaliwal's arguments in his motion and at the hearing, along with the Government's position asserted at the hearing, the Court granted the motion on the record. This written order memorializes that ruling.

For the reasons stated on the record, the Court **GRANTS** Defendant's Motion to Modify Conditions of Release, Dkt. 46, and **ORDERS** that condition 7(p) of

1

Dhaliwal's Order Setting Conditions of Release is hereby **MODIFIED**, replacing the home-detention condition with a curfew condition requiring Dhaliwal to remain at his residence from 11:00 p.m. to 8:00 a.m.

SIGNED June 14, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE